RICHARD B. MAZER
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 621-4100
Facsimile: (415) 621-4111

Attorney for Defendant
RICKY ROLLINS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br> RICKY ROLLINS, <br><br> Defendant. | No. CR-05-00167-WHA <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER** |

Ann Moorman, counsel for Defendant Rollins who is responsible for preparing and filing Round 1 Pretrial Motions on Mr. Rollins' behalf, respectfully requests that the Court extend the time for filing replies to Rule 12(b)(3) Motions to and including Monday, June 26, 2006 on the grounds that said counsel's schedule prevents her from completing the reply by June 23, 2006.

Government counsel, AUSA Philip Kearney, has been contacted and does not oppose the requested extension of time.

Dated: June 23, 2006                    Respectfully submitted,

                                        /s/ Richard B. Mazer
                                        RICHARD B. MAZER
                                        Attorneys for Defendant
                                        RICKY ROLLINS

Dated: June 23, 2006                    /s/ Philip Kearney
                                        Assistant United States Attorney
                                        Philip Kearney

1

CERTIFICATE OF SERVICE

I, the undersigned, certify:

That I am over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 99 Divisadero Street, San Francisco, California 94117.

On this date I caused to be served on the interested parties hereto, a copy of:

**STIPULATION AND PROPOSED ORDER**

( )   By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( )   By delivering a true copy thereof to "Federal Express" to be delivered to the person at the address set forth below.

(X)   By electronically transmitting or by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;:

| | |
|---|---|
| Philip Kearney<br>Richard Cutler<br>Assistant United States Attorneys<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Michael Burt<br>michael.burt@prodigy.net |
| Seth P. Chazin<br>crimatty@earthlink.net | Ann C. Moorman, Esq.<br>Moormanac@aol.com |
| Tony Tamburello<br>ttduboce@mindspring.com | Martha A. Boersch<br>mboersch@jonesday.com |
| Mark Goldrosen<br>markgoldro@aol.com | George C. Boisseau<br>boisseaugc@msn.com |
| John Philipsborn<br>Jphilipsbo@aol.com | Michael P. Thorman<br>michael@btbandb.com |
| James S. Thompson<br>james@ycbtal.net | Robert Waggener<br>rwlaw@mindspring.com |
| John D. Cline<br>jcline@jonesday.com | Michael Satris<br>satris@earthlink.net |
| Michael Gaines<br>harteel68@aol.com | Susan Raffanti<br>susanraffanti@sbcglobal.net |

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this Certificate has been executed on June 23, 2006, at San Francisco, California.

\s\ Cherri Plainfield
CHERRI PLAINFIELD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00167-WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ~~[PROPOSED]~~ ORDER |
| vs. | ) | |
| RICKY ROLLINS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Good cause appearing and without opposition by the Government, it is hereby ordered that the Stipulation to extend Defendant Rollins' filing deadline is GRANTED.

The new deadline to file replies to rule 12(b)(3) Motions is Monday, June 26, 2006.

Dated: June 26, 2006

_____
United States
WILLIAM