IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER DENYING MAZER/MOORMAN MOTION TO BE RELIEVED FROM TRIAL DATE** |

With respect to Mr. Mazer, Judge Breyer has authorized me to say that the VNCI case may not go to trial on January 8 due to a trial conflict raised by another counsel.

With respect to Ms. Moorman, Judge Kaplan has authorized me to say that motions to continue are pending.

The request to be relieved from the trial date is denied, at least at this stage. Both counsel must continue to prepare for our trial on January 22.

**IT IS SO ORDERED.**

Dated: November 2, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE