# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>RICKY NORMAN ROLLINS | )<br>)<br>)<br>)<br>)<br>) | Docket Number:<br>0971 3:05CR00167-006 RFL<br>0971 3:24CR00064-001 RFL |

**ORDER SETTING INTERIM CONDITION OF RELEASE (RULE 32.l(A)(6))**

1. You must participate in the Location Monitoring Program as directed by the probation officer while violation proceedings are pending and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring must be utilized to verify your compliance with a curfew while on the program. You are restricted to your residence every day from 10 p.m. to 7 a.m., subject to exceptions at the discretion of the probation officer. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer.

Date: August 26, 2026

Thomas S. Hixson
United States Magistrate Judge